**Dismissed and Opinion Filed May 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01474-CV

### IN THE INTEREST OF C.E., A CHILD

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-52757-2011**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Bridges

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated November 19, 2014 we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated November 19, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated January 2, 2015, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written documentation that appellant had been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date,

appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

141474F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.E., A CHILD

No. 05-14-01474-CV

On Appeal from the 416th Judicial District Court, Collin County, Texas
Trial Court Cause No. 416-52757-2011.
Opinion delivered by Justice Bridges.
Justices Lang and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee JAMES ELMORE recover his costs of this appeal from appellant AMBER DENVER.

Judgment entered May 14, 2015.